UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT HERRING,**

                Plaintiff,

**vs.**                                **CASE NO. _____**

**ENHANCED RECOVERY
COMPANY, LLC,**
                Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act, 42 U.S.C. § 227 et seq. ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, 1337, 1367, 15 U.S.C. § 1692k, and 47 U.S.C. § 227(b)(3). *See* Mims v. Aarow Financial Services, LLC, No. 10-1195, 2012 U.S. LEXIS 906, 2012 WL 125429 (Jan. 18, 2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, Robert Herring is a natural person and a citizen of the State of Florida, residing in Polk County in the Middle District of Florida.

4. Defendant, Enhanced Recovery Company, LLC is a foreign limited liability company organized and existing under the laws of the State of Delaware with its principal place of business and corporate offices in Jacksonville, Florida.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as that term is defined in the FDCPA and FCCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family, or household purposes.

10. Defendant left the following pre-recorded message on Plaintiff's voice mail on his cellular telephone on or about the date stated:

> June 28, 2012 at 10:05 AM
> Hello, this message is for Robert Herring. If you are not this person, please delete this message as it is not for you. This is Bob with Enhanced Recovery Company. We are a collection agency attempting to collect a debt and any information obtained will be used for that purpose. Please contact me about this business matter

      at 800-501-9092 or visit www.payERC.com and provide the following reference number: 645-29585.

11. On June 28, 2012, Plaintiff faxed Defendant a written cease and desist request. *A copy of the June 28, 2012 written cease and desist and fax verification report is attached hereto as "Exhibit A".*

12. Despite Plaintiff's June 28, 2012 written cease and desist request, Defendant continued to use an automatic telephone dialing system to place numerous calls to Plaintiff's cellular telephone and to leave numerous pre-recorded messages on Plaintiff's voicemail on his cellular telephone within four years of this Complaint.

13. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. § 227 (b)(1)(A).

14. Defendant willfully or knowingly violated the TCPA.

15. Defendant actions were intentional and willful.

## COUNT I
## FAILURE TO CEASE AND DESIST COMMUNICATION
## IN VIOLATION OF THE FDCPA, 15 U.S.C. § 1692c(c)

16. Plaintiff incorporates Paragraphs 1 through 15 above as if fully set forth herein.

17. Defendant continued to communicate with Plaintiff with respect to the alleged debt after being notified in writing that Plaintiff wished Defendant to cease further communication with Plaintiff in violation of 15 U.S.C. § 1692c(c).

**WHEREFORE**, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

  b. Attorney's fees, litigation expenses, and costs of suit; and

  c. Such other or further relief as the Court deems proper.

## COUNT II
### WILFUL HARASSMENT AND ABUSE
### IN VIOLATION OF THE FCCPA, FLA. STAT. § 559.72(7)

18. Plaintiff incorporates Paragraphs 1 through 15 above as if fully set forth herein.

19. Defendant willfully communicated with Plaintiff with such frequency as can reasonably be expected to harass Plaintiff or willfully engaged in other conduct which can reasonably be expected to abuse or harass Plaintiff in violation of Fla. Stat. § 559.72(7).

**WHEREFORE**, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

## COUNT III
### AUTOMATED OR PRE-RECORDED CALLS TO PLAINTIFF'S CELLULAR TELEPHONE IN VIOLATION OF THE TCPA, 47 U.S.C. § 227 (b)(1)(A)(iii)

20. Plaintiff incorporates Paragraphs 1 through 15 above as if fully set forth herein.

21. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C. § 227 (b)(1)(A)(iii).

**WHEREFORE,** Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. A declaration that Defendant's debt collection practices violate the TCPA;

c. A permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice of the called party; and engaging in the complained of practices; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

                                         *s/ James Giardina*
                                         [**X**]  James S. Giardina – Trial Counsel
                                         Fla. Bar No. 0942421
                                         **The Consumer Rights Law Group, PLLC**
                                         3104 W. Waters Avenue, Suite 200
                                         Tampa, Florida 33614-2877
                                         Tel: (813) 435-5055 ext 101
                                         Fax: (866) 535-7199
                                         James@ConsumerRightsLawGroup.com
                                         *Counsel for Plaintiff*

# EXHIBIT

# "A"

06/28/12

I aint got much money and I got more important I have to pay. And when you call my cell phone I get billed by the minute. So dont call me no more.

Sincrely,

*Robert A. Herring*

Robert A. Herring
813-546-7672
2028 Shephard Rd #135
Mulberry, Fl. 33860

Message Confirmation Report

JUN-28-2012 11:41 AM THU

| | |
|---|---|
| Fax Number : | 8638539290 |
| Name : | PUBLIX 3408 |

| | | |
|---|---|---|
| Name/Number | : | 99046453009 |
| Page | : | 1 |
| Start Time | : | JUN-28-2012 11:41AM THU |
| Elapsed Time | : | 00'14" |
| Mode | : | STD ECM |
| Results | : | [O.K] |

06/28/12

I don't got much money and
Don't got no important here to
pitter. I got bill by the minute
So don't call me no more.

Sincerely,
Robert A. Herring
813-546-7672
2028 Shepherd Dr #135
Mulberry, FL 33860

Enhanced Recovery